

Two Commerce Square, 2001 Market Street
Suite 1700
Philadelphia, PA 19103
215.299.2000  215.299.2150
www.foxrothschild.com

PETER C. BUCKLEY
Direct No: (215) 299-2854
Email: pbuckley@foxrothschild.com

October 10, 2025

**VIA ECF**

Honorable Loretta A. Preska
United States District Court – Southern District of New York
Daniel Patrick Maynihan
United States Courthouse
500 Pearl St.
New York, NY 10037-1312

      Re:    Fay, et al. v. Rothenberg, et al.
              <u>Docket No.: 25-cv-07613</u>

Dear Judge Preska:

      My firm represents Respondents and Cross-Petitioners Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm LLP in the above referenced action. A response to the Petition to Vacate Arbitral Award **[ECF #1]** with a Cross-Petition **[ECF #11]** was filed on October 6, 2025. At the time of filing, the Electronic Case Filing System was unable to add the Respondents to the Cross Petition. At the direction of the Clerk's office, a Motion to Add Parties was filed on October 6, 2025 **[ECF #12]** to add the Cross-Petition Respondents. As of October 9, 2025, all parties have been successfully added to the docket with the assistance of the Attorney Civil Case Administration Supervisor, Gladys Pisarczyk. I respectfully ask the court to mark the Motion to Add Parties **[ECF #12]** as moot.

```
The request to mark dkt. no. 12 as moot
is granted. The Clerk of the Court shall
close dkt. nos. 12 and 16.   SO ORDERED.
```

Respectfully submitted,

_Loretta A. Preska_
Loretta A. Preska
United States District Judge

_Peter C. Buckley_
PETER C. BUCKLEY

    cc:    Matthew D. McGill (*via ECF*)
            Alexander Kazam (*via ECF*)

October 14, 2025
New York, New York

A Pennsylvania Limited Liability Partnership

California  Colorado  Delaware  District of Columbia  Florida  Georgia  Illinois  Massachusetts  Minnesota  Missouri
Nevada  New Jersey  New York  North Carolina  Oklahoma  Pennsylvania  South Carolina  Texas  Washington