UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas Fortune Fay and<br>The Fay Law Group, P.A.,<br><br>                Petitioners,<br><br>v.<br><br>Allen L. Rothenberg, Esq.,<br>The Law Firm of Allen L. Rothenberg, and<br>The Rothenberg Law Firm LLP,<br><br>                Respondents. | Civil Action No. 1:25-cv-7613 |
| Allen L. Rothenberg, Esq.,<br>The Law Firm of Allen L. Rothenberg, and<br>The Rothenberg Law Firm LLP,<br><br>                Cross-Petitioners,<br><br>v.<br><br>Thomas Fortune Fay and The Fay Law Group,<br>P.A., Steven R. Perles, Perles Law Firm, P.C., and<br>Fay and Perles FSIA Litigation Partnership,<br><br>                Cross- Petition Respondents. | |
| Steven R. Perles, Esq. and<br>Perles Law Firm, P.C.,<br><br>                Petitioners,<br><br>v.<br><br>Allen L. Rothenberg, Esq.,<br>The Law Firm of Allen L. Rothenberg, and<br>The Rothenberg Law Firm LLP,<br><br>                Respondents. | Civil Action No. 1:25-cv-8219 |

| | |
|---|---|
| Fay and Perles FSIA Litigation Partnership,<br><br>                        Petitioner,<br><br>v.<br><br>Allen L. Rothenberg, Esq.,<br>The Law Firm of Allen L. Rothenberg, and<br>The Rothenberg Law Firm LLP,<br><br>                        Respondents. | Civil Action No. 1:25-cv-8281 |

**ORDER REGARDING CONSOLIDATION
OF PROCEEDINGS AND BRIEFING SCHEDULE**

The above-captioned proceedings concern Petitioners' respective petitions to vacate to the arbitration award ("Final Award") dated July 7, 2025, in *Rothenberg v. Fay et al.*, JAMS Ref. No. 1425036110 ("Arbitration") and Respondents' cross-petition to confirm the Final Award.

**WHEREAS**, each of the Petitioners and Respondents was a party to the Arbitration, which resulted in the entry of the Final Award;

**WHEREAS**, Petitioners Thomas Fortune Fay and The Fay Law Group, P.A. (collectively, "Fay") filed a petition to vacate the Final Award ("Fay Petition") before this Court in *Fay et al. v. Rothenberg et al.*, No. 1:25-cv-07613-LAP ("Fay Action");

**WHEREAS**, Petitioners Steven R. Perles, Esq. and Perles Law Firm, P.C. (collectively, "Perles") filed a second, separate petition to vacate the Final Award ("Perles Petition") before this Court in *Perles et al. v. Rothenberg et al.*, No. 1:25-cv-08219-UA ("Perles Action");

**WHEREAS**, Petitioner Fay and Perles FSIA Litigation Partnership ("Partnership") filed a third, separate petition to vacate the Final Award ("Partnership Petition") before this Court in *Fay*

2

*and Perles FSIA Litigation Partnership v. Rothenberg et al.*, No. 1:25-cv-08281-UA ("Partnership Action");

**WHEREAS**, Respondents Allen L. Rothenberg, Esq., The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm LLP (collectively, "Rothenberg") filed an answer to the Fay Petition and cross-petition to confirm the Final Award ("Cross-Petition") before this Court in the Fay Action; and

**WHEREAS**, the parties in the above-captioned proceedings, by and through their respective counsel, have conferred and agree that service of the Petitions and Cross-Petition has been effected on all parties;

**WHEREAS**, the parties in the above-captioned proceedings, by and through their respective counsel, have conferred and agreed that consolidation of the Fay Action, Perles Action, and Partnership Action is appropriate under Fed. R. Civ. P. 42(a), because they involve common questions of law and fact; and

**WHEREAS**, the parties in the above-captioned proceedings agree that consolidation of these actions will not waive or prejudice in any respect their legal claims, defenses, or rights;

**NOW THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Fay Action, Perles Action, and Partnership Action shall be consolidated under docket number 25-cv-07613-LAP pursuant to Federal Rule of Civil Procedure 42(a); and

2. The briefing schedule for the consolidated proceedings shall be as follows:

    a. Rothenberg shall file a memorandum of law in support of the Cross-Petition to confirm the Final Award, and in opposition to the Petitions to vacate the Final Award, of up to 9,000 words, on or before November 25, 2025;

    b. Fay, Perles, and the Partnership shall each file a memorandum of law in support of their respective Petitions, and in opposition to the Cross-Petition to confirm the Final Award, of up to 9,000 words, on or before November 25, 2025;

    c. Rothenberg shall file a reply brief in support of the Cross-Petition of up to 5,500 words, on or before January 19, 2026; and

    d. Fay, Perles, and the Partnership shall each file a reply brief in support of their respective Petitions of up to 4,000 words, on or before January 19, 2026.

3. To minimize duplicative briefing while preserving the Partnership's rights, the Partnership's briefs will adopt by reference portions of the briefs filed by Fay and Perles. Taking this approach will not expose the Partnership to objections of waiver or forfeiture.

4. If Rothenberg wishes to stay disbursements, then Rothenberg must seek relief pursuant to the Federal Rules of Civil Procedure and applicable law and the parties shall confer and propose a briefing schedule to the Court.

SO ORDERED,

*Loretta A. Preska*

DATED: November 13, 2025

Honorable Loretta A. Preska

4