

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
T: +1 202 737 0500
F: +1 202 626 3737
kslaw.com

**Matthew D. McGill**

T: +1 202 626 2644
matthew.mcgill@kslaw.com

January 9, 2026

**VIA CM/ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re: *Fay v. Rothenberg*, Civil Action No. 1:25-cv-7613
> *Perles v. Rothenberg*, Civil Action No. 1:25-cv-8219
> *Fay and Perles FSIA Litigation Partnership v. Rothenberg*, Civil Action
> No. 1:25-cv-8281

## JOINT MOTION FOR ONE-DAY EXTENSION OF TIME

Dear Judge Preska:

We represent Petitioners/Cross-Respondents Thomas Fortune Fay and The Fay Law Group, P.A. (together, the "Fay Parties"), Petitioners/Cross-Respondents Steven R. Perles and the Perles Law Firm, P.C. (the "Perles Parties"), the Fay and Perles FSIA Litigation Partnership (the "Partnership"), and Respondents/Cross-Petitioners Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm LLP (the "Rothenberg Parties") in the above-captioned matters.

This Court entered a briefing schedule requiring the parties to file reply briefs on January 19, 2026, Dkt. 25 ¶ 2(c), (d), which is Martin Luther King Jr. Day, a federal holiday. Recognizing that Federal Rule of Civil Procedure 6 does not operate to extend the deadline to the next day automatically, *see J.C. v. Zimmerman*, 150 F.4th 136, 147 n.5 (2d Cir. 2025), the parties jointly request a one-day extension of the deadline, such that their reply briefs are due on January 20.

This is the first request by the parties for an extension of time in connection with their reply briefs. The requested extension would not affect any other scheduled dates.

SO ORDERED

*[signature]*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/12/24

January 9, 2026
Page 2 of 2

Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Matthew D. McGill*
Matthew D. McGill
Alexander Kazam
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
matthew.mcgill@kslaw.com
akazam@kslaw.com

*Attorneys for Thomas Fortune Fay,*
*The Fay Law Group, P.A., and*
*The Fay and Perles FSIA*
*Litigation Partnership*

**MORRISON COHEN LLP**

By: */s/ Danielle C. Lesser\**
Danielle C. Lesser
Edward P. Gilbert
909 Third Avenue
New York, NY 10022
(212) 735-8600
dlesser@morrisoncohen.com
egilbert@morrisoncohen.com

*Attorneys for Steven R. Perles, Esq.,*
*Perles Law Firm, P.C., and*
*The Fay and Perles FSIA*
*Litigation Partnership*

**FOX ROTHSCHILD LLP**

By: */s/ Peter C. Buckley\**
Peter C. Buckley, Esquire
2001 Market Street, Suite 1700
Philadelphia, PA 19103
(215) 299-2000
pbuckley@foxrothschild.com

*Attorney for Allen L. Rothenberg,*
*The Law Firm of Allen L. Rothenberg,*
*and The Rothenberg Law Firm, LLP*

\* Signed with permission by counsel