**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Thomas Fortune Fay and<br>The Fay Law Group, P.A.,<br><br>      Petitioners,<br><br>   v.<br><br>Allen L. Rothenberg, The Law Firm of Allen<br>L. Rothenberg, and The Rothenberg Law<br>Firm, LLP,<br><br>      Respondents. | Civil Action No. 1:25-cv-07613-LAP<br><br>**Oral Argument Requested** |
| Allen L. Rothenberg, The Law Firm of Allen<br>L. Rothenberg, and The Rothenberg Law<br>Firm, LLP,<br><br>      Cross-Petitioners,<br><br>   v.<br><br>Thomas Fortune Fay and<br>The Fay Law Group, P.A.,<br><br>      Cross-Petition Respondents. | |
| Steven R. Perles, Perles Law Firm, P.C.,<br><br>      Petitioners,<br><br>   v.<br><br>Allen L. Rothenberg, The Law Firm of Allen<br>L. Rothenberg, and The Rothenberg Law<br>Firm, LLP,<br><br>      Respondents. | Civil Action No. 1:25-cv-08219-LAP |

Fay and Perles FSIA Litigation Partnership,

Petitioner,

v.

Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,

Respondents.

Civil Action No. 1:25-cv-08281-LAP

**REPLY IN SUPPORT OF THE PARTNERSHIP'S PETITION TO VACATE AND IN OPPOSITION TO ROTHENBERG'S CROSS-PETITION <u>TO CONFIRM THE FINAL AWARD</u>**

**PRELIMINARY STATEMENT**

The Fay and Perles FSIA Litigation Partnership (the "Partnership") respectfully submits this reply brief in support of its petition to vacate, and in opposition to Rothenberg's cross-petition to confirm, the arbitration award. This Court ordered that "the Partnership's briefs will adopt by reference portions of the briefs filed by [petitioners] [Thomas] Fay and [Steven] Perles" "[t]o minimize duplicative briefing while preserving the Partnership's rights." Dkt. 25 at 4 ("Taking this approach will not expose the Partnership to objections of waiver or forfeiture."). In accordance with the Court's order, the Argument section will incorporate by reference certain arguments made in Fay and Perles's reply briefs.

**ARGUMENT**

The Partnership incorporates the arguments in Sections I, II, and III of Fay's reply brief (Dkt. 36 at 2-13), and the arguments in Sections I and II of Perles's reply brief except to the extent that they are premised on the contention that Fay bears sole responsibility for the sanctioned conduct (Dkt. 33 at 2-13).

**CONCLUSION**

This Court should vacate the arbitration award in its entirety.

DATED:     New York, New York        **KING & SPALDING LLP**
January 20, 2026

By:  */s/ Matthew D. McGill*
Matthew D. McGill
Alexander Kazam
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
matthew.mcgill@kslaw.com
akazam@kslaw.com

**MORRISON COHEN LLP**

Danielle C. Lesser
Edward P. Gilbert
909 Third Avenue
New York, NY 10022
(212) 735-8600
dlesser@morrisoncohen.com
egilbert@morrisoncohen.com

*Counsel for The Fay and Perles FSIA
Litigation Partnership*

2

**CERTIFICATE OF COMPLIANCE WITH WORD-COUNT LIMITATION**

I hereby certify that this Reply in Support of the Partnership's Petition to Vacate and in Opposition to Rothenberg's Cross-Petition to Confirm the Final Award complies with the type-volume limitation of this Court's November 13, 2025 Order, Dkt. 25, because it contains 173 words, excluding the parts of the document exempted by L. Civ. R. 7.1(c).

DATED:  New York, New York  
January 20, 2026

**KING & SPALDING LLP**

By:  */s/ Matthew D. McGill*  
Matthew D. McGill

*Counsel for The Fay and Perles FSIA Litigation Partnership*

3