**King & Spalding**

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
T: +1 202 737 0500
F: +1 202 626 3737
kslaw.com

**Matthew D. McGill**

T: +1 202 626 2644
matthew.mcgill@kslaw.com

January 26, 2026

**VIA CM/ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Fay v. Rothenberg*, Civil Action No. 1:25-cv-7613
                *Perles v. Rothenberg*, Civil Action No. 1:25-cv-8219
                *Fay and Perles FSIA Litigation Partnership v. Rothenberg*, Civil Action
                    No. 1:25-cv-8281

**REQUEST FOR ORAL ARGUMENT**

Dear Judge Preska:

    We represent Petitioners/Cross-Respondents Thomas Fortune Fay and The Fay Law Group, P.A. (together, the "Fay Parties"), Petitioners/Cross-Respondents Steven R. Perles and the Perles Law Firm, P.C. (the "Perles Parties"), and the Fay and Perles FSIA Litigation Partnership (the "Partnership"). The Fay Parties, the Perles Parties, and the Partnership included a request for oral argument in their briefs, and pursuant to Section 2.D of the Court's Individual Practices, we are also respectfully submitting this letter request for oral argument on the pending petitions and cross-petitions.

January 26, 2026
Page 2 of 2

Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Matthew D. McGill*
Matthew D. McGill
Alexander Kazam
1700 Pennsylvania Avenue NW
Washington, DC 20006
(202) 737-0500
matthew.mcgill@kslaw.com
akazam@kslaw.com

*Attorneys for Thomas Fortune Fay,*
*The Fay Law Group, P.A., and*
*The Fay and Perles FSIA*
*Litigation Partnership*

**MORRISON COHEN LLP**

By: */s/ Danielle C. Lesser\**
Danielle C. Lesser
Edward P. Gilbert
909 Third Avenue
New York, NY 10022
(212) 735-8600
dlesser@morrisoncohen.com
egilbert@morrisoncohen.com

*Attorneys for Steven R. Perles, Esq.,*
*Perles Law Firm, P.C., and*
*The Fay and Perles FSIA*
*Litigation Partnership*

\* Signed with permission by counsel