**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Thomas Fortune Fay and<br>The Fay Law Group, P.A.,<br><br>       Petitioners,<br><br>    v.<br><br>Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,<br><br>       Respondents. | Civil Action No. 1:25-cv-07613-LAP(L) |
| Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,<br><br>       Cross-Petitioners,<br><br>    v.<br><br>Thomas Fortune Fay and<br>The Fay Law Group, P.A.,<br><br>       Cross-Petition Respondents. | |
| Fay and Perles FSIA Litigation Partnership,<br><br>       Petitioner,<br><br>    v.<br><br>Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,<br><br>       Respondents. | Civil Action No. 1:25-cv-08281-LAP(M) |

Steven R. Perles, Perles Law Firm, P.C.,

Petitioners,

v.

Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,

Respondents.

Civil Action No. 1:25-cv- 08219-LAP(M)

## MOTION TO WITHDAW AS COUNSEL

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, Thomas Fortune Fay and the Fay Law Group, P.A. ("Fay") and The Fay and Perles FSIA Litigation Partnership (the "Partnership") respectfully request that this Court grant Alexander Kazam leave to withdraw his appearance as counsel for Fay and the Partnership. In support of this motion, the Fay and the Partnership state that (i) Mr. Kazam is leaving the law firm of King & Spalding LLP on July 10, 2026, (ii) Fay and the Partnership will continue to be represented by the undersigned counsel from King & Spalding LLP who also have appeared as counsel of record, and (iii) Mr. Kazam is not asserting a retaining charge or lien. In connection with the withdrawal, the Clerk of Court is respectfully requested to remove Mr. Kazam's name from the CM/ECF service list for this matter.

2

DATED:        New York, New York          **KING & SPALDING LLP**
              July 6, 2026

                                    By:   */s/ Alexander Kazam*
                                          Alexander Kazam
                                          KING & SPALDING LLP
                                          1700 Pennsylvania Avenue NW
                                          Washington, DC 20006
                                          (202) 737-0500
                                          akazam@kslaw.com

                                          *Counsel for Thomas Fortune Fay and*
                                          *The Fay Law Group, P.A.; The Fay and*
                                          *Perles FSIA Litigation Partnership*

SO ORERED

_____

3