**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: 650 Fifth Avenue and Related Properties | Civil Action No. 1:08-cv-10934-LAP |
| Thomas Fortune Fay and<br>The Fay Law Group, P.A.,<br><br>Petitioners,<br><br>v.<br><br>Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,<br><br>Respondents. | Civil Action No. 1:25-cv-07613-LAP(L) |
| Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,<br><br>Cross-Petitioners,<br><br>v.<br><br>Thomas Fortune Fay and<br>The Fay Law Group, P.A.,<br><br>Cross-Petition Respondents. | |

| | |
|---|---|
| Fay and Perles FSIA Litigation Partnership,<br><br>Petitioner,<br><br>v.<br><br>Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,<br><br>Respondents. | Civil Action No. 1:25-cv-0821-LAP(M) |
| Steven R. Perles, Perles Law Firm, P.C.,<br><br>Petitioners,<br><br>v.<br><br>Allen L. Rothenberg, The Law Firm of Allen L. Rothenberg, and The Rothenberg Law Firm, LLP,<br><br>Respondents. | Civil Action No. 1:25-cv- 08219-LAP(M) |

**ORDER PERMITTING ELECTRONIC DEVICES AND REMOTE OBSERVATION FOR THE OCTOBER 26, 2026 CONFERENCE**

WHEREAS, this Court's Order dated October 6, 2026 (the "Order") scheduled a conference in the above-captioned actions for Monday, October 26, 2026 at 11:00 AM (the "Conference"), and directs that all parties and affected nonparties who wish to be heard, as well as any attorney claiming a right to funds held by the 650 Fifth Avenue Trustee, appear in person;

WHEREAS, Thomas Fortune Fay, The Fay Law Group, P.A., and The Fay and Perles FSIA Litigation Partnership (together, the "Fay Parties") have requested, by letter motion dated October 20, 2026, an order permitting counsel and the parties to bring personal electronic devices to the Conference and an order making available a videoconference link through which individual

victims of terrorism whose interests are affected by the fee disputes may observe the Conference remotely;

WHEREAS, the Court finds good cause for the requested relief;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1. Counsel and the parties appearing at the Conference may bring laptops, mobile phones, tablets, and other personal electronic devices into the Daniel Patrick Moynihan United States Courthouse and the courtroom for the Conference. Any such devices shall be used in accordance with the Court's rules and shall remain silenced during the proceeding. Persons bringing devices shall present a copy of this Order to court security personnel upon request;

2. The Court will make available a Zoom (or other videoconference) link through which individual victims of terrorism whose interests are affected by the fee disputes may observe the Conference remotely. Chambers will circulate the link to counsel of record, who may share it with such individuals. Remote observers shall keep their microphones muted and shall not record, broadcast, or rebroadcast any portion of the Conference; and

3. Nothing in this Order alters the Order's requirement that any party, nonparty, or attorney who wishes to be heard at the Conference appear in person.

DATED: October 22, 2026

**SO ORDERED:**

Loretta A. Preska

HONORABLE LORETTA A. PRESKA