UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>THOMAS FORTUNE FAY and THE FAY LAW GROUP, P.A.,<br>Petitioners,<br>-against-<br>ALLEN L. ROTHENBERG, ESQ., THE LAW FIRM OF ALLEN L. ROTHENBERG, and THE ROTHENBERG LAW FIRM LLP,<br>Respondents.<br><br>ALLEN L. ROTHENBERG, ESQ., THE LAW FIRM OF ALLEN L. ROTHENBERG, and THE ROTHENBERG LAW FIRM LLP,<br>Cross-Petitioners,<br>-against-<br>THOMAS FORTUNE FAY, THE FAY LAW GROUP, P.A., STEVEN R. PERLES, PERLES LAW FIRM, P.C., and FAY AND PERLES FSIA LITIGATION PARTNERSHIP,<br>Cross-Petition Respondents.</td><td>25-cv-7613 (LAP)<br><u>ORDER</u></td></tr>
<tr><td>STEVEN R. PERLES, ESQ. and PERLES LAW FIRM, P.C.,<br>Petitioners,<br>-against-<br>ALLEN L. ROTHENBERG, ESQ., THE LAW FIRM OF ALLEN L. ROTHENBERG, and THE ROTHENBERG LAW FIRM LLP,<br>Respondents.</td><td>25-cv-8219 (LAP)<br><u>ORDER</u></td></tr>
<tr><td>FAY AND PERLES FSIA LITIGATION PARTNERSHIP,<br>Petitioner,<br>-against-<br>ALLEN L. ROTHENBERG, ESQ., THE LAW FIRM OF ALLEN L. ROTHENBERG, and THE ROTHENBERG LAW FIRM LLP,<br>Respondents.</td><td>25-cv-8281 (LAP)<br><u>ORDER</u></td></tr>
<tr><td>IN RE 650 FIFTH AVENUE AND RELATED PROPERTIES</td><td>08-cv-10934 (LAP)<br><br><u>ORDER</u></td></tr>
</table>

LORETTA A. PRESKA, Senior United States District Judge:

For the reasons stated at today's conference, Allen Rothenberg's motion to intervene and enforce an attorney's charging lien is DENIED as untimely under Rule 24. With Rothenberg's charging lien now dissolved, the Trustee shall begin payments to all victims entitled to distributions without delay.

Notwithstanding the denial of intervention and dissolution of Rothenberg's lien, the Court will allow the Trustee to retain in escrow any disputed funds that all parties nonetheless agree are exclusively earmarked for attorneys. In other words, the Trustee may (i) retain disputed funds that cannot be paid to victims, regardless of which attorney ultimately prevails in the dispute; and (ii) distribute attorneys' fees that all parties agree are undisputed. Rothenberg, as with all attorneys, remains free to pursue these disputed funds through his other litigations, notwithstanding his failure to timely intervene and assert a lien in this case.

Within one week of this Order, the parties and the Trustee shall confer and advise the Court by letter as to the specific amount of disputed funds that should be escrowed and any further steps that are required to do so. If the parties cannot agree on the precise amount of escrowed funds, the Court reserves the right to appoint a Special Master to perform an expedited accounting,

with the Special Master's fees paid exclusively by the attorneys who are parties to these fee disputes.

The Clerk of Court shall close Dkt. 2592 in case 08-CV-10934.

**SO ORDERED.**

Dated: New York, New York
October 26, 2026

LORETTA A. PRESKA
Senior United States District Judge